# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00609-CV

**In re State of Texas**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator State of Texas filed a petition for writ of mandamus and a motion for temporary stay. *See* Tex. R. App. P. 52.8, 52.10. On September 26, 2009, we granted the motion for temporary relief and stayed the portion of the trial court's discovery order requiring the State (1) to produce Daniel Wright for deposition; (2) to produce the Texas Department of Transportation's reviewing appraiser who reviewed, approved, and adopted Wright's appraisal valuation for deposition; and (3) to produce Wright's and the reviewing appraiser's complete work files. We allowed the real party in interest until October 21 to file a response. Having reviewed the petition, response, and record, we dissolve our stay and deny the petition for writ of mandamus.

 

 

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   October 31, 2014